UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22848

   HENDERSON J KING JR
   SALLIE D KING ASQUE                          CHAPTER 13

                                 JUDGE: SUSAN PIERSON SONDERBY
       Debtor
   SSN XXX-XX-7866    SSN XXX-XX-2377

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 12/05/2007 and was not confirmed.

   The case was dismissed without confirmation 06/05/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | 6900.00 | .00 | .00 |
| NATIONWIDE ACCEPTANCE~ | UNSECURED | 3866.68 | .00 | .00 |
| NATIONWIDE ACCEPTANCE~ | UNSECURED | 839.73 | .00 | .00 |
| NATIONWIDE ACCEPTANCE~ | UNSECURED | 6848.76 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 2642.44 | .00 | .00 |
| NATIONWIDE ACCEPTANCE~ | UNSECURED | 2982.08 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 25043.00 | .00 | 666.08 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 2599.04 | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | 29207.79 | .00 | .00 |
| IL STATE DISBURSEMENT UN | NOTICE ONLY | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 552.86 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 232.56 | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO STATE UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2300.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 6925.59 | .00 | .00 |
| WOW INTERNET & CABLE SER | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| CRITICARE SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH PRESBYTERIAN EMERG | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 345.55 | .00 | .00 |
| RUSH PRESBYTERIAN EMERG | UNSECURED | NOT FILED | .00 | .00 |
| RUSH PRESBYTERIAN EMERG | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| RUSH UNIVERSITY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| RUSH UNIVERSITY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| RUSH UNIVERSITY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 4899.95 | .00 | .00 |
| CHICAGO RIDGE RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO RIDGE RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGICAL PHY | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGICAL PHY | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGICAL PHY | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGICAL PHY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | UNSECURED | 50368.89 | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | NOTICE ONLY | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TRI STATE ADJUSTMENT | UNSECURED | 105.30 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 4111.57 | .00 | .00 |
| LIGHTHOUSE FINANCIAL GRO | UNSECURED | 1681.04 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 703.32 | .00 | .00 |
| CARDMEMBER SERVICES | UNSECURED | 1032.30 | .00 | .00 |
| ZALUTSKY & PINSKI | UNSECURED | 1160.00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 57.92 |
| DEBTOR REFUND | REFUND | | | 325.00 |

Summary of Receipts and Disbursements:

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 22848 HENDERSON J KING JR & SALLIE D KING ASQUE

---------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                   1,049.00

PRIORITY                                             .00
SECURED                                           666.08
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                               57.92
DEBTOR REFUND                                     325.00
                        ---------------      ---------------
TOTALS                    1,049.00              1,049.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 09/25/08               _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE